```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                         CASE NO. 06 B 01986
     WILLIAM SMITH
     JUANITA L SMITH                             CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

              Debtor
       SSN XXX-XX-4659     SSN XXX-XX-7930

  ------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 03/02/06 and confirmed on 07/12/06.

     2.  The case was dismissed after confirmation, 06/27/2008.

     3.  The Debtor paid a total of $   68769.49 .

     4.  The Trustee made disbursements to creditors as follows:

  ------------------------------------------------------------------------
  CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
  ------------------------------------------------------------------------
  MIDFIRST BANK              CURRENT MORTG     39038.76             .00      39038.76
  MIDFIRST BANK              MORTGAGE ARRE     17880.61             .00        726.10
  FORD MOTOR CREDIT CO       SECURED VEHIC     28212.48         4359.65      10174.88
  FORD MOTOR CREDIT CO       SECURED VEHIC     15161.28         1412.32       6727.87
  SOCIAL SECURITY ADM        PRIORITY                .00             .00           .00
  AQUA ILLINOIS              UNSECURED         NOT FILED            .00            .00
  COMED                      UNSECURED         NOT FILED            .00            .00
  NICOR GAS                  UNSECURED         NOT FILED            .00            .00
           Summary of disbursements:
  ------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
  ------------------------------------------------------------------------
  TOTAL CLMS ALLOWED   100293.13         .00         .00          .00     100293.13
  PRINCIPAL PAID        56667.61         .00         .00          .00      56667.61
  INTEREST PAID          5771.97         .00         .00          .00       5771.97
  TOTAL PAID            62439.58         .00         .00          .00      62439.58
  The Debtor's attorney, UAW FORD LEGAL SERVICES PLAN  , was allowed $        .00
  and was paid $       .00 .

  The Trustee received $   2631.57 .

  Refunds to the Debtor totaled $   3698.34 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.



     Dated: 10/08/08                   /S/
                                    GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 01986 WILLIAM SMITH & JUANITA L SMITH